**FILED**

FEB 17 2012

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| GEORGE MAY, GEORGE MAY AS ALTER EGO, LAST REMAINING ASSET HOLDER OF BUY TODAY, INC., SPECULATIVE INVESTMENTS, INC., VALUE INVESTMENTS, INC., INCREASED VALUE, INC., DISSOLVED FLORIDA CORPORATIONS, <br><br> Plaintiff, <br><br> vs. <br><br> BARACK H. OBAMA, INDIVIDUALLY, BRUCE E. CREWCOCK, INDIVIDUALLY, THE UNITED STATES OF AMERICA, PETER KIEWIT SONS, INC., a Delaware Corporation, D/B/A KIEWIT CORPORATION, a Delaware Corporation, D/B/A, KIEWIT INFRASTRUCTURE COMPANY, a Delaware Corporation, D/B/A KIEWIT INFRASTRUCTURE SOUTH, a Delaware Corporation, D/B/A KIEWIT SOUTHERN COMPANY, a Delaware Corporation, Jointly, and Severally, <br><br> Defendant's, | CASE NO: <br><br> Case: 1:12-cv-00269 <br> Assigned To : Collyer, Rosemary M. <br> Assign. Date : 2/17/2012 <br> Description: Pro Se Gen. Civil <br><br> **JURY ACTION** |

COMPLAINT

COMES NOW, George May, George May as Alter Ego, Last Remaining Asset Holder of Buy Today, Inc., Speculative Investments, Inc., Value Investments, Inc., Increased Value, Inc., dissolved Florida Corporations, and sues Barack H. Obama, Individually, Bruce E. Crewcock, Individually, the

-1-

United States of America, Peter Kiewit Sons, Inc., a Delaware Corporation, D/B/A, Kiewit Corporation, a Delaware Corporation, D/B/A, Kiewit Infrastructure Company, a Delaware Corporation, D/B/A, Kiewit Infrastructure South, a Delaware Corporation, D/B/A Kiewit Southern Company, a Delaware Corporation, jointly and severally for cause herein as follows:

## NATURE OF ACTION

1. This action is brought pursuant to 18 U.S.C. § 1964, § 1965, for violation of the Racketeering influenced and Corrupt Organizations Act., 18 U.S.C. § 1961, the Civil Rights Acts, Title 42, Chapter 21, Subchapter 1, § 1983, the Sherman Anti Trust Acts, 15 U.S.C. 1-7, the Clayton Act, the First, Fourth, Fifth, Sixth, Eight, Fourteenth Amendment United States Constitution, the Due Process Clause, the Magna Charta, the Bill of Rights, Article I, Section 9, Clause 2, Habeas Corpus, Article 2, Section I, Oath, Oath of Office, TORT LAW, Intential Infliction of Emotional Distress, Trespass to Land, Chattels, Conversion, Bribery, Federal Stalking Statutes, 18 U.S.C. § 2261, 18 U.S.C. § 241, § 242, 18 U.S.C. § 2333 (a),(b),(c), Treble Damages for Terrorist Acts.

## JURISDICTION AND VENUE

2. This action properly lies in the United States District Court for the District of Columbia pursuant to (a) 28 U.S.C.

-2-

§ 1331 because this Court has over federal claims, and (2) 28 U.S.C. § 1367, which provides this Court authority to exercise it's supplemental jurisdiction to adjudicate the state common law claims stated herein.

3. This action properly lies in the United States District Court for the District of Columbia pursuant to 18 U.S.C. § 1964, § 1965, 42 U.S.C. § 1983, 18 U.S.C. § 1961, 15 U.S.C. 1-7, 18 U.S.C. § 2261 A, 18 U.S.C. § 241, § 242, 18 U.S.C. § 2333, because a substantial part of the defendant's unlawful conduct, and events occured in the District of Columbia, Washington, D.C., and defendant's transact substantial business and may otherwise be found in the District of Columbia, Washington, D.C., where the bribery took place.

## THE PARTIES

4. George May, Plaintiff is a Citizen of the United States of America, domiciled in Florida.

5. Barack H. Obama is a Citizen of the United States, domiciled in Chicago, Illinois.

6. Bruce E. Crewcock is a Citizen of Nebraska, domiciled in Nebraska.

7. Peter Kiewit Sons, Inc, D/B/A Kiewit Corporation, D/B/A, Kiewit Infrastructure Company, Kiewit Infrastructure South, Corporation, Kiewit Southern Company are Delaware Corporations, domiciled in Nebraska.

## STATEMENT OF FACT

8. The Treaties of 1794, 1819, 1821, 1848, 1853, all require unmolested, unrestricted use of all Florida Property, with the Common Law of Florida, Spanish Common Law, Supreme over the U.S. Constitution, the Florida Constitution. <u>Ware v. Hylton, 3 DALL (3 U.S. 199, (1796); 7 Peters 51, the Laws of Spain, Mexico, are Supreme</u>. Thus no EPA, DEP, Zoning can ever exist by invalid, void, unconstitutional order by a Judge, Proclamation by a President as Rosevelt.

9. That on or about 1999, upon Shell Oil Company obtaining new 3-D, 4-D Sesmic tets discovered huge pools of oil under property owned by George May, Plaintiff Florida Property known as the East Everglades worth over $10 Billion Dollars in Reserves. George May, Plaintiff property also adjoins property owned by Rinker Cement who mines sand, gravel, limestone, Phosphorite, other substances, that has a value of over $15 Million Dollars per acre, and existing oil, gas wells owned by BreitBurn Florida LLC, Exxon Oil, in the Raccoon Point, Sunny Land Trend.

10. That on or about May 1, 2005 Peter Kiewit Sons, Inc., Bruce E. Crewcock bribed George W. Bush, Jeb Bush, member of Congress, Judge William J. Zloch, others in complicity with Terrorist listed on the United States Terrorist List, to robb, these oil, gas, mineral rich properties from George

May, Plaintiff, other property owners by the use of their prohibited by their oath of office, unlawful "DEVICE" of void, invalid, unconstitutional orders, prohibited by "DUE PROCESS OF LAW". They called their unlawful "DEVICE" STRATEGY FOR RESTORATION OF THE SOUTH FLORIDA ECOSYSTEM", RESTORATION OF THE EVERGLADES", and with knowledge of a forethought, malice of a forethought, evil purpose, malice, particularly "EGREGIOUS" disregard for the rights of George May, Plaintiff, others, tortiously interfered, destroyed George May, Plaintiff contracts, contracts for development, Business, Business Expectancy, intentionally damaging George May, Plaintiff, Business, Contracts, Contracts for Development, Business Expectancy, Business Relations with Third Persons, Destroying his projects, causing over $10 Billion Dollars in damages to George May, Plaintiff

11. The defendant's with knowledge, evil purpose, malice of aforethought, then called their Criminal, Traitor, Treason, Stalking, Terrorist Enterpise "ACCELER_8", which included paying off, bribing Judges, Appraisers, of Oil, Gas, Minerals, Limestone, Attorney's representing private property owners, to seize their property without "DUE PROCESS", all with the Mathematicla Knowledge that the United States, the State of Florida, their government agencies did not, could not, would not never, ever have the money to pay "FULL" Compensation

-5-

as required by the United States of America, Florida Constitution, the "DUE PROCESS CLAUSE" to George May, Plaintiff, the private property owners for their Sand, Water, Rock, Gravel, Limestone Phosphorite, oil, gas, other substances.

12. That on or about 2007, the defendant's Peter Kiewit Sons, Inc., their Terrorist associates implemented building their "WEAPON OF MASSS DESTRUCTION" the "TAMIAMI TRAIL BRIDGE", to further take, seize, trespass on George May, Plaintiff Mineral, Oil, Gas property, rob his oil, gas, minerals before mentioned herein, by uncontrolled "SHEET FLOW FLOODING" again by paying off, bribing members of Congress, Judge Ursula Ungaro, and not paying George May, Plaintiff, for his property, liberty before mentioned herein seized without Due Process of Law. Watkins v. Board of Com'rs of Stephens County, 1918 OK 445, 174 P. 523, requiring unlimited punitive damages to be paid to George May, Plaintiff ALLEN V. TRANSOK PIPE LINE COMPANY 1976 OK 53, 552 P.2d 375. See e.g. Loretto, 458 U.S. at 426.

13. That on or about June 11, 2010, Barack H. Obama with knowledge, malice of aforethought, evil purpose, in complicity with the other before herein named defendant's their Terrorist associates, continued to implement their "WEAPON OF MASS DESTRUCTION", attached here in George May, Plaintiff Addendum "E" is George May, letter to Ken Salazar explaining that the uncontrolled sheet flow flooding will murder thousands of people.

-6-

<u>COUNT I</u>
<u>DEFENDANT'S CRIMINAL TRAITOR, TREASON, TERRORIST ACT</u>
<u>MAKING A WEAPON OF MASS DESTRUCTION TO MURDER CITIZENS</u>

14. George May, Plaintiff, George May as alter ego, Last remaining asset holder of Buy Today, Inc., Speculative Investments, Inc., Value Investments, Inc., Increased Value, Inc., dissolved Florida Corporations, Plaintiff realleges and reavers the claims contained in paragraphs 1 through 13 as if fully set forth herein.

15. The defendant's herein after been notified by George May, Plaintiff on May 10, 2011, by his letter to Ken Salazar that the defendant's never ever at any time performed the required MATH CALCULATIONS of One Inch of Rain on One Acre of Land that weighs 113.31 tons of water pushed by a 120-150 mile an hour Hurricane Wind, when Rain Fall is up to 10-15 inches per hour and without regard for Environmental Laws, Public Safety, or any regard for Private Property Rights, bribe, payoff Congress, Judge Ursula Ungaro to implement their "WEAPON OF MASS DESTRUCTION that will wipe out Miami, the Turkey Point Nuclear Plant when a Hurricane comes, and pollute the Evrglades, the National Park with pesticides, oil, gas, Cow Shit. Attached here is George May, Plaintiff Addendum -A-, -E-. Trebling of damages.

<u>COUNT II</u>
<u>RECONVEYANCE OF TITLE, IMPLIED TRUST CONSTRUCTIVE</u>
<u>TRUST, DEFENDANT'S COMPLICITY WITH TERRORIST</u>

16. George May, Plaintiff, George May as alter ego, Last

-7-

remaining asset holder of Buy Today, Inc., Speculative Investments, Inc., Value Investments, Inc., Increased Value, Inc., dissolved Florida Corporations, Plaintiff realleges and reavers the claims contained in paragraphs 1 through 15 as if fully set forth herein.

17. On November 2, 2010 Carol Ann Wehle signed a written corroborated confession, letter, pleading guilty to running a criminal traitor, treason, terrorist,stalking enterprise of condemning private property, sand, rock, gravel, limestone, oil, gas with no money to pay private property owners their "FULL" Compensation required by the DUE PROCESS CLAUSE, the Fifth, Fourteenth Amendment to the United States Constitution, the Florida Constitution and that the United States, the defendant's were, are trespassing on George May, Plaintiff, citizens of Florida private property, and were selling this property not owned by them for profit to oil, gas companies, by "BOGUS" Bonds.

18. On September 2, 2011 George May, Plaintiff requested that Barack H. Obama, the State of Florida, the Terrorist in Complicity with the defendant's named herein pay to George May, Plaintiff, Damages, Punitive Damages, for Trespass and reconvey to George May, Plaintiff his land, liberty, sand, rock, gravel, oil, gas, limestone, phosphorite, water taken without required Due Process of law, appointment of an attorney. <u>HEIRS OF TIMOTEO MORENO AND</u>

-8-

MARIA ROTEA, TCT NO. RT-7543 (106), T-13694, TCT No. RT-7544 (107) T-13695, Lahug, Cebu City, or any payment for George May, property before mentioned herein taken by defendant's required by Barack H. Obama Oath, Oath of Office, Article 2, Section I, Article I, Section 9, Clause 2, Habeas Corpus, United States of America Constitution. Attached here is George May, Plaintiff Addendum -B-, -C-, -D-, -E-, -F-.

### COUNT III

TRESPASS OF PROPERTY, CHATTELS, CONDEMNATION WITHOUT PAYMENT, VIOLATION OF CIVIL, CONSTITUTIONAL RIGHTS, ROBBERY, GRAND THEFT, DAMAGES, PUNITIVE DAMAGES

19. George May, Plaintiff, George May as alter ego, Last remaining asset holder of Buy Today, Inc., Speculative Investments, Inc., Value Investments, Inc., Increased Value, Inc., dissolved Florida Corporations, Plaintiff realleges and reavers the claims contained in paragraphs 1 through 18 as if fully set forth herein.

20. The defendant's herein had knowledge of George May, Plaintiff, contracts, Business Expectancy, to drill for his oil, gas, mine his limestone from George May, Plaintiff applications for permits from the State of Florida. Defendant's with malice of aforethought, knowledge, evil purpose, interfering, including breach, termination of contractual relationships, business, business expectancy of George May, Plaintiff by defendant's

particularly "egregious" unlawful conduct before mentioned herein has damaged George May, Plaintiff in excess of $10 Billion Dollars. Attached herein is George May, Plaintiff Addendum -C-, -D-.

21. The defendant's herein have, are using on a continuing criminal traitor, treason, terrorist, robbery, stalking against George May, Plaintiff means that are illegal, unlawful, evil, independently tortious, violation of State, Federal Laws, George May, Plaintiff Protected Civil Rights 42 U.S.C. § 1983, Constitutional Rights, Amendment I, IV, V, VI, VIII, VIII, XIV, the United States of America Constitution, the Sherman Anti Trust Act, the Clayton Act, and are committing Bribery, Robbery, Stalking, Trespass, in a continuing criminal enterprise.

### COUNT IV

<u>CIVIL RICO VIOLATIONS, BRIBERY, PATRIOT ACT VIOLATIONS</u>
<u>CRIMINAL TRAITOR, TREASON, TERRORIST, ROBBERY, GRAND THEFT ACTS</u>
<u>BRIBERY OF JUDGES, GOVERNMENT OFFICIALS, STALKING ACTS DAMAGES</u>

22. George May, Plaintiff, George May as alter ego, Last remaining asset holder of Buy Today, Inc., Speculative Investments, Inc., Value Investments, Inc., Increased Value, Inc., dissolved Florida Corporations, Plaintiff realleges and reavers the claims contained in paragraphs 1 through 21 as if fully set forth herein.

23. Defendant's herein Criminal, Traitor, Treason, RICO,

Stalking, Robbery Acts of filing false, fraudulent documents, flooding George May, Plaintiff private property, robbing George May, Plaintiff property before mentioned herein, money, judgements, by Bribing Judges, Government Official to use the prohibited, by their Oath, Oath of Office "DEVICE" of void, invalid, unconstitutional orders, judgements has resulted in damages to George May, Plaintiff, Contracts, Contractual Relationships, Business, Business Expectancy, destroying George May, Plaintiff Business.

24. The defendant's herein have with malice of aforethought, willful, evil purpose, knowledge, evil, criminal acts particularly "egregious" recklessness, negligence, total disregard for the rights of George May, Plaintiff, others justify an award of punitive damages against the defendant's herein.

25. The defendant's herein have Intentionally inflicted harm on George May, Plaintiff, the Citizens of Florida. Attached here is George May, Plaintiff Addendum -E-, -F-.

26. George May, Plaintiff here demands a trial by jury on all issues, prejudgement interest, attorney fees and costs together with such other and further relief as this Honorable Court deems just and proper.

COUNT V
TORTIOUS INTERFERENCE WITH CONTRACTS, PROSPECTIVE
ECONOMIC ADVANTAGE, BUSINESS, BUSINESS EXPECTANCY
OF GEORGE MAY, PLAINTIFF, UNITED STATES CITIZEN

27. George May, Plaintiff realleges and reavers his claims contained in paragraphs 1 through 26, as if fully set forth herein.

28. The defendant's herein had knowledge of George May, Plaintiff's contracts, Business Advantage, Business Expectancy to drill for his oil, gas, mine his limestone. from his applications with the State of Florida.Attached here is George May, Plaintiff Addendum -C- letter of October 21, 2005, Department of Environmental Protection.

29. The defendant's with particularly "egregious" unlawful conduct, intentionally condemned George May, Plaintiff contracts, business expectancy, business , Business Advantage by condemning George May, property in Fee Simple, without required Due Process of Law, any payment what-so-ever intentionally interfering with George May, Plaintiff Contracts, Business Expectanct, causing damages to George May, Plaintiff of in excess of $10 Billion Dollars. See e.g. Pennzoil Co. v. Texaco, 481 U.S. 1,4 (1987): Queeni Ltd v. Nygard 321 F. 3d 282, 290, (2d Cir. 2003).

30. The defendant's herein are using a continuing criminal enterprise, means that are unlawful, evil, independently tortious to destroy George May, Plaintiff Economic Advantage.

WHEREFORE George May, Plaintiff demands judgement for George May, Plaintiff, and against Barack H. Obama, Individually, Bruce E. Crewcock, Individually, the United States of America, Peter Kiewit Sons, Inc., a Delaware Corporation, D/B/A Kiewit Corporation, a Delaware Corporation, D/B/A Kiewit Infrastructure Company, a Delaware Corporation, D/B/A Kiewit Infrastructure South, a Delaware Corporation, D/B/A Kiewit Southern Company, a Delware Corporation, Jointly and Severally for:

1. Compensatory damages.
2. Damages for direct expenses, costs, attorney fees.
3. Damages for lost profits of $10 Billion Dollars.
4. Damages for partially completed projects.
5. Damages for existing contracts promised.
6. Damages for future contracts promised.
7. Damages for permanent destruction of George May, Plaintiff business expectancy, business relationship.
8. Damages to George May, Plaintiff business, business relationship with third parties.
9. Punitive damages in the amount of treble $10 Billion Dollars, prejudgement interest, interest.
10. That the defendant the United States of America be ordered to immediately reconvey to George May, Plaintiff his property mentioned herein Case No. 01-2559-CV Dade County, Florida, Case No. 4:11cv109-Spm, Martin County Florida taken, seized without any payment what-so-ever.
11. Damages for Trespass of George May, Plaintiff Property, Liberty, Chattels before mentioned herein.

P.O. Box 32247
Palm Bch. Gardens
Fl. 33420
Ph. 305-508-5011

Respectfully submitted

George May, Plaintiff, George May, as Alter Ego Last Remaining Asset Holder of Buy Today, Inc., Speculative Investments, Inc., Value Investments, Inc., Increased Value, Inc., Dissolved Florida Corporations, Plaintiff